Order entered January 8, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00022-CV

### IN RE DERICK DEWAYNE EVANS, Relator

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-1193**

## ORDER

Before Justices Moseley, Francis, and Fillmore

The Court has before it relator's petition for writ of mandamus. The Court requests that real party The State of Texas file its response by **January 29, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Ted Steinke, Ted Lyon, Jr., and Lori, Ordiway, counsel for real party, and to all counsel for relator.

/s/    JIM MOSELEY
        JUSTICE